IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiff(s),<br><br>    vs.<br><br>PEKING PALACE; MONTECITO MARKET PALACE ASSOCIATION,<br><br>          Defendant(s)._____/ | No. C 04-2921 MEJ<br><br>**ORDER VACATING THE OCTOBER 13, 2005, CASE MANAGEMENT CONFERENCE** |

Pursuant to defendant's Notice of Settlement, the parties have agreed to settle the matter. The parties anticipate dismissing the above entitled-matter within sixty days. Therefore, the October 13, 2005, Case Management Conference is hereby VACATED. Once a settlement agreement has been reached, the parties must submit a stipulation to the Court in order to dismiss the matter.

**IT IS SO ORDERED.**

Dated: September 27, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge