1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
2 | THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 | 2806 Van Ness Avenue
San Francisco, CA 94109
4 | Telephone:   415/674-8600
Facsimile:    415/674-9900
5
6 | Attorneys for Plaintiffs
PATRICK CONNALLY
7 | and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
8 | SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | ) ) ) ) ) ) ) | **CASE NO. C04-2921 MEJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON; ORDER CLOSING FILE** |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PEKING PALACE; MONTECITO MARKET PLACE ASSOCIATION, | ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

1

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

Dated: May 1, 2006                         THOMAS E. FRANKOVICH,
                                           *A PROFESSIONAL LAW CORPORATION*

                                           By:  /s/ Jennifer L. Steneberg
                                                Jennifer L. Steneberg
                                           Attorneys for Plaintiffs PATRICK CONNALLY
                                           and DISABILITY RIGHTS ENFORCEMENT,
                                           EDUCATION SERVICES

Dated: April 24, 2006                      VOGL & MEREDITH

                                           By:  /s/ Jean Yeh
                                                Jean Yeh
                                           Attorneys for Defendant MONTECITO
                                           MARKETPLACE ASSOCIATION

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated:    May 3   , 2006

                                           Maria-Elena James
                                           UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

2